Michael J. Bowe
(*pro hac vice forthcoming)*
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice forthcoming*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
Olson Stein LLP
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

X.N.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

CASE NO. 2:24-cv-04800

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Plaintiff X.N. hereby files this Notice of Pendency of Other Actions or Proceedings under Central District of California Local Rule 83-1.4.

1. This case involves substantially the same subject matter as an action pending in the United States District Court for the Northern District of Alabama Western Division brought by Plaintiff Jane Doe #1, on behalf of herself and all others similarly situated. This action is captioned *Jane Doe #1 et al. v. MG Freesites LTD et al.*, Civil Action No. 7:21-cv-00220-LSC, filed February 11, 2021 and as amended on July 23, 2021 ("Alabama Class Action").

2. Plaintiffs in the Alabama Class Action are represented by the following counsel:

Gregor Zarzaur

Kelsie Marie Overton

THE ZARZAUR LAW FIRM

2332 Second Avenue North

Birmingham, Alabama 35203

T: (205) 983-7985

gregory@zarzaur.com

kelsie@zarzaur.com

Joshua P. Hayes

Daniel Blake Williams

PRINCE GLOVER HAYES

701 Mine Road

Tuscaloosa, Alabama 35406

T: (205) 345-1234

jhayes@princelaw.net

bwilliams@princelaw.net

Kimberly Lambert Adams
LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN OBRIEN
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
T: (850) 435-7056
kadams@levinlaw.com

Victor Paul Bucci, II
Gaateno Anthony D'Andrea
Jenny M. Flanigan
Jillian P. Roth
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, Pennsylvania 19107
T: (215) 399-9255
pbucci@lbk-law.comgdandrea@lbk-law.com
jflanigan@lbk-law.com
jroth@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com

Benjamin W. Bull
Peter A. Gentala
Danielle M. Bianculli Pinter
Christen M. Price
NATIONAL CENTER ON SEXUAL EXPLOITATION

1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
lawcenter@ncose.com

Mark B. Schoeller
Joseph W. Jesiolowski
CONRAD O'BRIEN PC
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, Pennsylvania 19102
T: (215) 864-9600
mschoeller@conradobrien.com
jjeisolowski@conradobrien.com

Vanessa Huber
Kevin D. Kent
CLARK HILL PLC
2 Commerce Square, Ste. 2620
Philadelphia, PA 19103
T : (215) 640-8500
vhuber@clarkhill.com
kkent@clarkhill.com

James Michael Papatonio
LEVIN-PAPANTONIO FL
Post Office Box 1208
Suite 400

Pensacola, FL 32591

T : (850) 435-7165

mpapantonio@levinlaw.com

3. The Alabama Class Action is seeking damages and injunctive relief against defendants – (i) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity, (ii) MG Freesites II Ltd., a foreign entity, (iii) MindGeek S.A.R.L., a foreign entity, (iv) MindGeek USA, Incorporated, a Delaware corporation, (v) MG CY Holdings Ltd., a foreign entity, (vi) MindGeek Content RT Limited, a foreign entity, (vii) 9219-1568 Quebec Inc. d/b/a MindGeek, a foreign entity, and (viii) MG Billing Ltd., a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiffs and members of the class were victims. Further, plaintiffs allege that the defendants violated 18 U.S.C. §§ 2252 and 2252A by knowingly receiving, possessing, and distributing child pornography. On December 19, 2023, the Court certified the following class under Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3): "All persons who were under the age of 18 when they appeared in a video or image that has been made available for viewing on any website owned or operated by Defendants anytime from February 12, 2011, through the present." (Dkt. 147., Memorandum of Opinion and Order Granting Plaintiff's Motion for Class Certification, *Jane Doe #1 et al. v. MG Freesites LTD et al.*, Civil Action No. 7:21-cv-00220-LSC (N.D. Ala. 2021)).

4. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California Southern Division brought by Plaintiff Jane Doe on behalf of herself and all others similarly situated. This action is captioned *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS, filed February 19, 2021 and as amended on May 5, 2023 ("California Class Action").

5.    Plaintiff in the California Class Action is represented by the following counsel:

    Davida P. Brook

    Emily Kathleen Cronin

    Halley Wilder Josephs

    Krysta Kauble Pachman

    Rohit D Nath

    Nicholas Nathan Spear

    Madeline Marie Yzurdiaga

    SUSMAN GODFREY LLP

    1900 Avenue of the Stars Suite 1400

    Los Angeles, CA 90067

    310-789-3100

    310-789-3150 (fax)

    dbrook@susmangodfrey.com

    ecronin@susmangodfrey.com

    hjosephs@susmangodfrey.com

    kpachman@susmangodfrey.com

    rnath@susmangodfrey.com

    nspear@susmangodfrey.com

    myzurdiaga@susmangodfrey.com

    Christina M. Dieckmann

    Amy B. Gregory

    Tamar E. Lusztig

    SUSMAN GODFREY LLP

    One Manhattan West, 50th Floor

    New York, NY 10001

212-729-2014
cdieckmann@susmangodfrey.com
agregory@susmangodfrey.com
tlusztig@susmangodfrey.com

Steve M. Cohen
POLLOCK COHEN LLP
1111 Broadway Street Suite 1804
New York, NY 10006
212-337-5361
347-696-1227 (fax)
scohen@pollockcohen.com

6. The California Class Action is seeking damages and injunctive relief against defendants – (i) MindGeek USA, Incorporated, a Delaware corporation; (ii) MindGeek S.A.R.L., a foreign entity; (iii) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity; (iv) MG Freesites II Ltd., a foreign entity; (v) MindGeek Content RT Limited, a foreign entity; and (vi) 9219-1568 Quebec Inc. d/b/a MindGeek, a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiff and members of the class were victims. Further, plaintiffs allege that the defendants violated 18 U.S.C. §§ 2252A and 2255 by knowingly receiving, possessing, and distributing child pornography. Plaintiff also asserts state statutory and common law violations. On November 17, 2023, the Court granted Plaintiff's Motion for Class Certification and certified under both Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) two classes. (Dkt. 209, Order Granting Plaintiff's Motion for Class Certification, *Jane Doe v. MindGeek USA Incorporated et al.*,

Case No. 8:21-cv-00338-WLH-ADS (C.D. Cal. 2021).) The Court first certified a national class including "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." (Dkt. 107 at 44, ¶ 154.) The Court next certified a subclass of "all persons residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." (*Id.* at ¶ 155.)

7. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff Serena Fleites. This action is captioned *Serena Fleites v. MindGeek S.a.r.l. et al.*, Case No. 2:21-cv-4920, filed June 17, 2021 and as amended on May 23, 2024 ("California Action").

8. Plaintiff in the California Action is represented by the following counsel:

    Michael J. Bowe

    (pro hac vice forthcoming)

    mbowe@brownrudnick.com

    Lauren Tabaksblat

    (pro hac vice forthcoming)

    ltabaksblat@brownrudnick.com

    BROWN RUDNICK LLP

    7 Times Square

    New York, NY 10036

    Telephone: (212) 209-4800

    Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600

The California Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.a.r.l.; (ii) MG Freesites, Ltd. d/b/a Pornhub ("Pornhub"); (iii) MindGeek USA Incorporated ("MindGeek USA"), MG Premium Ltd.; (iv) MG Global Entertainment, Inc., and (v) 9219-1568 Quebec, Inc. (collectively "MindGeek"); (vi) Bernd Bergmair, (vii) Feras Antoon, and (viii) David Tassillo (Bergmair, together with Antoon and Tassillo, the "Individual Defendants," and together with MindGeek, the "MindGeek Defendants"); (ix) Visa Inc. ("Visa"); (x) Redwood Capital Management, LLC; (xi) Redwood Master Fund, LTD; (xii) Redwood Opportunity Master Fund, Ltd.; (xiii) Manuel 2018, LLC; (xiv) Gingogerum, LLC; and (xv) White-Hathaway Opportunity Fund, LLC (collectively, "Redwood"); (xvi) Colbeck Capital Management, LLC; (xvii) CB Media Ventures LLC; (xviii) CB Agency Services, LLC; and (xix) CB Participations SPV, LLC (collectively "Colbeck") (Colbeck, together with the MindGeek Defendants, Visa, and Redwood, "defendants") – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

DATED: June 7, 2024

Respectfully submitted,

BROWN RUDNICK LLP

By: */s/ Michael J. Bowe*
Michael J. Bowe
(*pro hac vice* application forthcoming)
Lauren Tabaksblat
(*pro hac vice* application forthcoming)

*Attorneys for Plaintiff*