| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice* application forthcoming*)*<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice* application forthcoming)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@olsonstein.com<br>OLSON STEIN LLP<br>240 Nice Lane, #301<br>Newport Beach, California 92663<br>Telephone: (949) 887-4600 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N.,<br><br>            Plaintiff,<br><br>      v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>            Defendants. | CASE NO. 2:24-cv-04800<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM** |

# [PROPOSED] ORDER

THIS MATTER comes before this Court upon Plaintiff X.N.'s Motion for Leave to Proceed Under A Pseudonym. After full consideration, and good cause appearing to the Court, IT IS HEREBY ORDERED THAT:

1. Plaintiff X.N. is granted leave to proceed in this litigation under pseudonym X.N.;

2. Plaintiff X.N. must be referred to by all parties in all public filings, including the Complaint, as X.N.;

3. The identity of Plaintiff X.N. shall not be otherwise disclosed.

IT IS SO ORDERED.

Dated:

_____
Hon.
United States District Judge