Name and address:
David M. Stein (#198256)
Olson Stein LLP
240 Nice Lane, #301
Newport Beach, California 92663
dstein@olsonstein.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

X.N.

Plaintiff(s)

v.

MINDGEEK S.A.R.L, et al.,

Defendant(s).

CASE NUMBER

2:24-cv-04800

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tabaksblat, Lauren

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-209-4800 *Telephone Number*

212-209-4801 *Fax Number*

ltabaksblat@brownrudnick.com *E-Mail Address*

of

BROWN RUDNICK LLP
7 Times Square
New York, N.Y. 10036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

X.N.

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other:

and designating as Local Counsel

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198256 *Designee's Cal. Bar No.*

949-887-4600 *Telephone Number*

*Fax Number*

dstein@olsonstein.com *E-Mail Address*

of

OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, CA 92663

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.

[ ] DENIED:   [ ] for failure to pay the required fee.

[ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

[ ] for failure to complete Application: _____

[ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

[ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.

[ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded   [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge