Name and address:
David M. Stein (#198256)
Olson Stein LLP
240 Nice Lane, #301
Newport Beach, California 92663
dstein@olsonstein.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

X.N.

Plaintiff(s)

v.

MINDGEEK S.A.R.L, et al.,

Defendant(s).

CASE NUMBER

2:24-cv-04800-DMG

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [8]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by Bowe, Michael J.

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-209-4800 — *Telephone Number*
212-209-4801 — *Fax Number*
mbowe@brownrudnick.com — *E-Mail Address*

BROWN RUDNICK LLP
7 Times Square
New York, N.Y. 10036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
X.N.

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel
Stein, David M.

*Designee's Name (Last Name, First Name & Middle Initial)*

198256 — *Designee's Cal. Bar No.*
949-887-4600 — *Telephone Number*
*Fax Number*
dstein@olsonstein.com — *E-Mail Address*

OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, CA 92663

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
      [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
      [ ] for failure to complete Application: _____
      [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
      [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded  [ ] not be refunded.

Dated   June 18, 2024

*Dolly M. Gee* (signature)
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1