Dan Marmalefsky (SBN 95477)
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Tel: 212-892-5809
Fax: 212-892-5454
Email: dmarmalefsky@mofo.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.N.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br>2:24-cv-04800<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

White, Ronald G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-335-2387    *Telephone Number*
212-335-2040    *Fax Number*

rwhite@wmhwlaw.com
*E-Mail Address*

of

Walden Macht Haran & Williams LLP
250 Vesey Street, 27th Floor
New York, NY 10281

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bernd Bergmair

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**

Marmalefsky, Dan
*Designee's Name (Last Name, First Name & Middle Initial)*

95477    *Designee's Cal. Bar No.*
213-892-5809    *Telephone Number*
212-892-5454    *Fax Number*

dmarmalefsky@mofo.com
*E-Mail Address*

of

Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                                                 _____
                                                                              U.S. District Judge/U.S. Magistrate Judge