Name and address
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

X.N.

v.

MindGeek S.A.R.L., et al.

Plaintiff(s)

Defendant(s)

CASE NUMBER

2:24-cv-04800-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Povolny, Matthew V.
*Applicant's Name (Last Name, First Name & Middle Initial*

(212) 957-7600      (212) 957-4514
*Telephone Number*   *Fax Number*

mpovolny@cohengresser.com
*E-Mail Address*

of

Cohen & Gresser LLP
800 Third Avenue
New York, New York 10022

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Feras Antoon

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial*

94607         (949) 361-2822      (949) 361-5722
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

dwiechert@aol.com
*E-Mail Address*

of

WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**