UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N.,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>    Defendants. | Case No. 2:24-cv-04800-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS [43]** |

On August 9, 2024 Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Visa Inc., Redwood Capital Management, LLC, and Colbeck Capital Management, LLC (collectively, "Defendants") and Plaintiff X.N. ("Plaintiff") (collectively with Defendants, the "Parties"), filed a Joint Stipulation Regarding Briefing Schedule for Defendants' Motions to Dismiss (the "Joint Stipulation").

Pursuant to the Joint Stipulation, the Parties stipulate and agree to additional time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1, hereinafter referred to as the "Complaint"), to set a briefing schedule in the event one or more motions is filed, and to set enlarged page limitations relating to any such briefing.

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to answer, move or otherwise respond to the Complaint shall be **October 15, 2024**;

2. In the event that any Defendant moves to dismiss the Complaint or files any other motions relating to the Complaint, the following deadlines shall apply for corresponding Opposition and Reply Briefs:

| | |
|---|---|
| **November 22, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Motion (if and as applicable); |
| **December 13, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **January 10, 2025:** | Proposed Hearing on Each Defendant's Motion (if and as applicable. |

3. The page limit for each motion in response to the Complaint is increased to forty (40) pages or less.

1  4. Defendants preserve all objections and defenses to the Complaint, including all objections and defenses on the ground of lack of personal jurisdiction.

IT IS SO ORDERED.

DATED: 8/20/2024   By: _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

06494-00003/15125009.1

3