WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice*
pending)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: apeacocke@maglaw.com

*Attorneys for Specially Appearing
Defendant David Tassillo*

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: mpovolny@cohengresser.com
Email: jchan@cohengresser.com

*Attorneys for Specially Appearing
Defendant Feras Antoon*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>                    Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>                    Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Wesley Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: not set |

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

N.L.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04788-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

L.T.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04791-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

1   T.C.,

2               Plaintiff,

3   v.

    MINDGEEK S.A.R.L. a foreign entity;
4   MG FREESITES, LTD., a foreign entity;
    MINDGEEK USA INCORPORATED, a
5   Delaware corporation; MG PREMIUM
    LTD, a foreign entity; MG GLOBAL
6   ENTERTAINMENT INC., a Delaware
    corporation; 9219-1568 QUEBEC, INC.,
7   foreign entity; BERND BERGMAIR, a
    foreign individual; FERAS ANTOON, a
8   foreign individual; DAVID TASSILLO, a
    foreign individual; VISA INC., a Delaware
9   corporation; REDWOOD CAPITAL
    MANAGEMENT, LLC, a Delaware
10  limited liability company; REDWOOD
    DOE FUNDS 1-7; COLBECK CAPITAL
11  MANAGEMENT, LLC, a Delaware
    limited liability company; COLBECK
12  DOE FUNDS 1-3,

                Defendants.

13  X.N.,

14              Plaintiff,

15  v.

    MINDGEEK S.A.R.L. a foreign entity;
16  MG FREESITES, LTD., a foreign entity;
    MINDGEEK USA INCORPORATED, a
17  Delaware corporation; MG PREMIUM
    LTD, a foreign entity; MG GLOBAL
18  ENTERTAINMENT INC., a Delaware
    corporation; 9219-1568 QUEBEC, INC.,
19  foreign entity; BERND BERGMAIR, a
    foreign individual; FERAS ANTOON, a
20  foreign individual; DAVID TASSILLO, a
    foreign individual; VISA INC., a Delaware
21  corporation; REDWOOD CAPITAL
    MANAGEMENT, LLC, a Delaware
22  limited liability company; REDWOOD
    DOE FUNDS 1-7; COLBECK CAPITAL
23  MANAGEMENT, LLC, a Delaware
    limited liability company; COLBECK
24  DOE FUNDS 1-3,

25              Defendants.

26

27

28

Case No. 2:24-cv-04795-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

Case No. 2:24-cv-04800-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

| | |
|---|---|
| N.Y., | |
| Plaintiff, | Case No. 2:24-cv-4801-WLH-ADS |
| v. | SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, | Hearing Date:  January 31, 2025 Hearing Time:  1:30 p.m. Courtroom:  9B Judge:  Hon. Wesley Hsu Complaint Filed: June 7, 2024 Trial Date: not set |
| Defendants. | |
| J.C., | |
| Plaintiff, | Case No. 2:24-cv-04971-WLH-ADS |
| v. | SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, | Hearing Date:  January 31, 2025 Hearing Time:  1:30 p.m. Courtroom:  9B Judge:  Hon. Wesley Hsu Complaint Filed: June 12, 2024 Trial Date: not set |
| Defendants. | |

| | | |
|---|---|---|
| 1 | W.L., | |
| 2 | Plaintiff,<br><br>v. | |
| 3 | MINDGEEK S.A.R.L. a foreign entity;<br>MG FREESITES, LTD., a foreign entity; | Case No. 2:24-cv-04977-WLH-ADS |
| 4 | MINDGEEK USA INCORPORATED, a<br>Delaware corporation; MG PREMIUM | |
| 5 | LTD, a foreign entity; MG GLOBAL<br>ENTERTAINMENT INC., a Delaware | SPECIALLY APPEARING<br>DEFENDANTS FERAS<br>ANTOON AND DAVID |
| 6 | corporation; 9219-1568 QUEBEC, INC.,<br>foreign entity; BERND BERGMAIR, a | TASSILLO'S NOTICE OF<br>OMNIBUS MOTION TO |
| 7 | foreign individual; FERAS ANTOON, a<br>foreign individual; DAVID TASSILLO, a | DISMISS THE COMPLAINTS |
| 8 | foreign individual; VISA INC., a Delaware<br>corporation; REDWOOD CAPITAL | Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m. |
| 9 | MANAGEMENT, LLC, a Delaware<br>limited liability company; REDWOOD | Courtroom:  9B<br>Judge:  Hon. Wesley Hsu |
| 10 | DOE FUNDS 1-7; COLBECK CAPITAL<br>MANAGEMENT, LLC, a Delaware | Complaint Filed: June 13, 2024<br>Trial Date: not set |
| 11 | limited liability company; COLBECK<br>DOE FUNDS 1-3, | |
| 12 | Defendants. | |
| 13 | C.S., | |
| 14 | Plaintiff,<br><br>v. | |
| 15 | | Case No. 2:24-cv-04992-WLH-ADS |
| 16 | MINDGEEK S.A.R.L. a foreign entity;<br>MG FREESITES, LTD., a foreign entity; | |
| 17 | MINDGEEK USA INCORPORATED, a<br>Delaware corporation; MG PREMIUM | SPECIALLY APPEARING<br>DEFENDANTS FERAS |
| 18 | LTD, a foreign entity; MG GLOBAL<br>ENTERTAINMENT INC., a Delaware | ANTOON AND DAVID<br>TASSILLO'S NOTICE OF |
| 19 | corporation; 9219-1568 QUEBEC, INC.,<br>foreign entity; BERND BERGMAIR, a | OMNIBUS MOTION TO<br>DISMISS THE COMPLAINTS |
| 20 | foreign individual; FERAS ANTOON, a<br>foreign individual; DAVID TASSILLO, a | |
| 21 | foreign individual; VISA INC., a Delaware<br>corporation; REDWOOD CAPITAL | Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m. |
| 22 | MANAGEMENT, LLC, a Delaware<br>limited liability company; REDWOOD | Courtroom:  9B<br>Judge:  Hon. Wesley Hsu |
| 23 | DOE FUNDS 1-7; COLBECK CAPITAL<br>MANAGEMENT, LLC, a Delaware | Complaint Filed: June 13, 2024<br>Trial Date: not set |
| 24 | limited liability company; COLBECK<br>DOE FUNDS 1-3, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

S.O.,

                    Plaintiff,

        v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                    Defendants.

Case No. 2:24-cv-04998-WLH-ADS

SPECIALLY APPEARING
DEFENDANTS FERAS
ANTOON AND DAVID
TASSILLO'S NOTICE OF
OMNIBUS MOTION TO
DISMISS THE COMPLAINTS

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

L.S.,

                    Plaintiff,

        v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                    Defendants.

Case No. 2:24-cv-05026-WLH-ADS

SPECIALLY APPEARING
DEFENDANTS FERAS
ANTOON AND DAVID
TASSILLO'S NOTICE OF
OMNIBUS MOTION TO
DISMISS THE COMPLAINTS

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 14, 2024
Trial Date: not set

1   W.P.,

2           Plaintiff,

            v.

3   MINDGEEK S.A.R.L. a foreign entity;
    MG FREESITES, LTD., a foreign entity;
4   MINDGEEK USA INCORPORATED, a
    Delaware corporation; MG PREMIUM
5   LTD, a foreign entity; MG GLOBAL
    ENTERTAINMENT INC., a Delaware
6   corporation; 9219-1568 QUEBEC, INC.,
    foreign entity; BERND BERGMAIR, a
7   foreign individual; FERAS ANTOON, a
    foreign individual; DAVID TASSILLO, a
8   foreign individual; VISA INC., a Delaware
    corporation; REDWOOD CAPITAL
9   MANAGEMENT, LLC, a Delaware
    limited liability company; REDWOOD
10  DOE FUNDS 1-7; COLBECK CAPITAL
    MANAGEMENT, LLC, a Delaware
11  limited liability company; COLBECK
    DOE FUNDS 1-3,

12          Defendants.

13  A.K.,

14          Plaintiff,

            v.

15

16  MINDGEEK S.A.R.L. a foreign entity;
    MG FREESITES, LTD., a foreign entity;
17  MINDGEEK USA INCORPORATED, a
    Delaware corporation; MG PREMIUM
18  LTD, a foreign entity; MG GLOBAL
    ENTERTAINMENT INC., a Delaware
19  corporation; 9219-1568 QUEBEC, INC.,
    foreign entity; BERND BERGMAIR, a
20  foreign individual; FERAS ANTOON, a
    foreign individual; DAVID TASSILLO, a
21  foreign individual; VISA INC., a Delaware
    corporation; REDWOOD CAPITAL
22  MANAGEMENT, LLC, a Delaware
    limited liability company; REDWOOD
23  DOE FUNDS 1-7; COLBECK CAPITAL
    MANAGEMENT, LLC, a Delaware
24  limited liability company; COLBECK
    DOE FUNDS 1-3,

25          Defendants.

Case No. 2:24-cv-05185-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 20, 2024
Trial Date: not set

Case No. 2:24-cv-05190-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 20, 2024
Trial Date: not set

26

27

28

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

J.L.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware limited liability company; GINOGERUM, LLC, a Delaware limited liability company; WHITE HATHAWAY OPPORTUNITY, LLC, a Delaware limited liability company, CB MEDIA VENTURES LLC, a Delaware limited liability company; CB AGENCY SERVICES, LLC, a Delaware limited liability company; and CB PARTICIPATIONS SPV, LLC, a Delaware limited liability company,

Defendants.

Case No. 2:24-cv-07046-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: August 20, 2024
Trial Date: not set

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

1

2

### NOTICE OF OMNIBUS MOTION TO DISMISS

3

4         PLEASE TAKE NOTICE that, on January 31, 2025 at 1:30 p.m., or as soon
thereafter as the matters may be heard in Courtroom 9B in the U.S. District Court
for the Central District of California, located at the First Street Courthouse, 350 W.
1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012, before the
Honorable Wesley Hsu, Specially Appearing Defendants Feras Antoon and David
Tassillo will move, and hereby move, for Orders dismissing each of the Plaintiffs'
Complaints in the above-captioned actions (the "Related Actions") pursuant to
Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 9(b).

11        Neither Antoon nor Tassillo consents nor submits to the jurisdiction of this
Court, and they appear in these actions for the limited purpose of contesting
jurisdiction.

14        This Omnibus Motion is made following the conference of counsel pursuant
to L.R. 7-3, which took place on October 14, 2024.

16        If the Court finds jurisdiction over Antoon and Tassillo, they respectfully
move for dismissal on the ground that each of the Plaintiffs in the Related Actions
has failed to state a claim against them upon which relief can be granted.  This
Omnibus Motion is based on this Notice of Motion; the accompanying
Memorandum of Law which was filed only in *K.A. v. MindGeek S.A.R.L., et al.*, No.
2:24-cv-04786 (WLH) (ADS) (C.D. Cal.) for the sake of judicial economy, but is
incorporated in full into each of the Related Actions; and all other matters properly
before this Court.

24

25

26

27

28

DATED: October 30, 2024          Respectfully Submitted,

By: _____

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan

*Attorneys for Specially Appearing Defendant
Feras Antoon*

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice*
pending)

*Attorneys for Specially Appearing Defendant
David Tassillo*

WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert (SBN 94607)