Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.c om
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

[*Additional Defendants' Counsel continued on next page*]

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N., <br><br> Plaintiff. <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-cv-04800-WLH-ADS <br><br> **DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1.1** <br><br> Ctrm: 9B <br> Judge:  Hon. Wesley L. Hsu <br><br> Complaint Filed: June 7, 2024 |

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1.1

1  [*Additional Defendants' Counsel continued from caption page*]

2  Seth R. Goldman *(pro hac vice app. forthcoming)*
   srgoldman@mintz.com
3  MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
4  919 Third Avenue
   New York, NY 10022
5  Telephone: (212) 692-6845
   Facsimile:  (212) 983-3115

6
   Peter A. Biagetti *(admitted pro hac vice)*
7  pabiagetti@mintz.com
   MINTZ, LEVIN, COHN, FERRIS,
8   GLOVSKY AND POPEO, P.C.
   One Financial Center
9  Boston, MA 02111
   Telephone: (617) 542-6000
10 Facsimile:  (617) 542-2241

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1.1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. disclose the following:

MindGeek S.à r.l. (n/k/a Aylo Holdings S.à r.l.) states that it has no parent corporation. There is no publicly held corporation that owns 10% or more of Aylo Holdings S.à r.l.'s stock.

MG Freesites Ltd (n/k/a Aylo Freesites Ltd) states that its ultimate parent corporation is Aylo Holdings S.à r.l. There is no publicly held corporation that owns 10% or more of Aylo Freesites Ltd's stock.

MG Premium Ltd (n/k/a Aylo Premium Ltd) states that its ultimate parent corporation is Aylo Holdings S.à r.l. There is no publicly held corporation that owns 10% or more of Aylo Premium Ltd's stock.

MindGeek USA Incorporated (n/k/a Aylo USA Incorporated) states that its ultimate parent corporation is Aylo Holdings S.à r.l. There is no publicly held corporation that owns 10% or more of Aylo USA Incorporated's stock.

MG Global Entertainment Inc. (n/k/a Aylo Global Entertainment Inc.) states that its ultimate parent corporation is Aylo Holdings S.à r.l. There is no publicly held corporation that owns 10% or more of Aylo Global Entertainment Inc.'s stock.

9219-1568 Quebec Inc. states that its ultimate parent corporation is Aylo Holdings S.à r.l. There is no publicly held corporation that owns 10% or more of 9219-1568 Quebec Inc.'s stock.

Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for Defendants certifies that the previously listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1.1

Defendants reserve their rights to supplement this certification subject to the discovery of any applicable additional information as the case proceeds. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: October 30, 2024           Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Seth R. Goldman *(pro hac vice app. forthcoming)*
Peter A. Biagetti *(admitted pro hac vice)*
Arameh Z. O'Boyle
Esteban Morales Fabila

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.