Name and address:
Emma Lanzon
emmalanzon@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| X.N. | CASE NUMBER |
|------|-------------|
| | 2:24-cv-04800-WLH-ADS |

Plaintiff(s)

v.

MindGeek S.A.R.L., et al.

Defendant(s).

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lanzon, Emma J.                                   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 499-6000          (312) 499-6100

*Telephone Number*          *Fax Number*

emmalanzon@paulhastings.com

*E-Mail Address*

Paul Hastings LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Redwood Capital Management

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ____

**and designating as Local Counsel**

Pearl, James M.                                   of

*Designee's Name (Last Name, First Name & Middle Initial)*

198481          (310) 620-5700          (310) 620-5899

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

jamespearl@paulhastings.com

*E-Mail Address*

Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____
　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**