Name and address:
Kristopher M. Hansen
krishansen@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

X.N.

v.

Plaintiff(s)

MindGeek S.A.R.L., et al.

Defendant(s).

CASE NUMBER

2:24-cv-04800-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hansen, Kristopher M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 318-8000
*Telephone Number*

(212) 319-4090
*Fax Number*

krishansen@paulhastings.com
*E-Mail Address*

of

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Redwood Capital Management, LLC

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

and designating as Local Counsel

Pearl, James M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198481
*Designee's Cal. Bar No.*

(310) 620-5700
*Telephone Number*

(310) 620-5899
*Fax Number*

jamespearl@paulhastings.com
*E-Mail Address*

of

Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1