1  JAMES M. PEARL (SB# 198481)
   jamespearl@paulhastings.com
2  KIAURA CLARK (SB# 336314)
   kiauraclark@paulhastings.com
3  **PAUL HASTINGS LLP**
   1999 Avenue of The Stars, 27th Floor
4  Los Angeles, California  90067
   Telephone:  1(310) 620-5700
5  Facsimile:  1(310) 620-5899

6  ADAM M. REICH (SB# 274235)
   adamreich@paulhastings.com
7  EMMA LANZON (*pro hac vice*)
   emmalanzon@paulhastings.com
8  **PAUL HASTINGS LLP**
   71 South Wacker Drive, 45th Floor
9  Chicago, Illinois 60606
   Telephone:  1(312) 499-6000
10 Facsimile:  1(312) 499-6100

11 *[Additional Counsel for Defendants continued on next page]*

12 *Attorneys for Defendants Redwood Capital*
13 *Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd;*
14 *Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N., | CASE NO. 2:24-cv-04800-WLH-ADS |
| Plaintiff, | **REDWOOD DEFENDANTS' NOTICE OF FILING IN RELATED CASE** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL | |

MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,

    Defendants.

1 | *[Additional Counsel for Defendants continued from caption page]*

3 | KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

REDWOOD DEFENDANTS' NOTICE OF FILING

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, on January 8, 2025, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood" or "Redwood Defendants") filed in *K.A. v. MindGeek, S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.* Action"), an Omnibus Reply in Support of Redwood's Motion to Dismiss (and supporting documents) requesting an order, under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice the Complaints filed by Plaintiffs in the following fourteen actions before the Court, including this action:

a. *K.A.* Action;

b. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

c. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

d. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

e. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

f. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

g. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

h. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

    i. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

    j. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

    k. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

    l. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

    m. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

    n. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

The Omnibus Reply reiterates arguments and bases to dismiss that are applicable to the Plaintiff in this case, including that this case and the claims asserted therein should be dismissed because:

- Plaintiff lacks Article III and statutory standing;
- The Complaint does not state a claim for violation of federal sex-trafficking laws (18 U.S.C. §§ 1591, 1594, and 1595); and
- The Complaint does not state a claim for the remaining claims, including Cal. Bus. & Prof. Code §§ 17200 and 17500, civil conspiracy, and intentional infliction of emotional distress.

DATED: January 8, 2025

**PAUL HASTINGS LLP**

By: /s/ *James M. Pearl*
      JAMES M. PEARL

*Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC*