| | |
|---|---|
| DAN MARMALEFSKY<br>(CA SBN 95477)<br>DMarmalefsky@mofo.com<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213-892-5200<br>Facsimile: 213-892-5454 | RONALD G. WHITE<br>(admitted pro hac vice)<br>RWhite@wmhwlaw.com<br>Walden Macht Haran & Williams LLP<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: 212-335-2387<br>Facsimile: 212-335-2040 |

Attorneys for Defendant Bernd Bergmair

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N.,<br><br>                Plaintiff,<br>  vs.<br>MINDGEEK S.A.R.L., et al.,<br><br>                Defendants. | Case No. 2:24-cv-04800<br><br>**NOTICE OF DEFENDANT BERND BERGMAIR'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: January 31, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases ("Order") entered in this case, Defendant Bernd Bergmair filed an Omnibus Reply in Support of the Motion to Dismiss in *K.A. v. MindGeek, S.à.r.l, et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.*"), which is hereby incorporated in full in this case.

Dated: January 8, 2025

By: */s/ Ronald G. White*
RONALD G. WHITE
(admitted *pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair

# CERTIFICATE OF SERVICE

The undersigned, the counsel of record for Bernd Bergmair, certifies that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on January 8, 2025 upon all counsel of record via ECF.

Dated: January 8, 2025                             Respectfully submitted,

*/s/ Ronald G. White*
RONALD G. WHITE
(admitted *pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair