UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-04800-WLH-ADSx | Date | March 7, 2025 |
|---|---|---|---|
| Title | X.N. v. MindGeek S.a.r.l. et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Michael J. Bowe<br>Lauren Tabaksblat<br>David M. Stein | Jonathan S. Sack<br>Matthew V. Povolny<br>Andrew S. Tulumello<br>James Michael Pearl<br>Kevin C Adam<br>Peter A. Biagetti<br>Lisa Marie Collins<br>Arameh O'Boyle |

**Proceedings:** OMNIBUS MOTION TO DISMISS [53], [56], [57], [58], [62], [63]

The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on March 7, 2025, and reviewed by counsel. The Court heard oral argument.

For reasons stated on the record, the Court gives Visa Defendants, MindGeek Defendants, Colbeck Defendants, and Redwood Defendants 10 pages each of supplemental briefing on issues regarding conspiracy in light of the recent Ninth Circuit's decision to vacate *Ratha v. Rubicon Res.*, LLC, 111 F.4th 946 (9th Cir. 2024) (*Ratha II*), which are be filed on or before March 15, 2025. Plaintiff may submit a single 10-page reply in response to Defendants' arguments by April 4, 2025.

The Court also gives MindGeek Defendants, Bergmair Defendant, and Antoon and Tassillo Defendants 10 pages each of supplemental briefing on the merger/single enterprise theory, which are to be filed on or before March 15, 2025. Plaintiff may submit a single 10-page reply in response to Defendants' arguments by April 4, 2025. The parties are ordered to meet and confer on a date for the Continued Motion to Dismiss.

The parties are also ordered to refile their Applications to Seal by March 28, 2025.

|  | 3 | : | 23 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |