| | |
|---|---|
| 1 | JAMES M. PEARL (SB# 198481) |
| | jamespearl@paulhastings.com |
| 2 | KIAURA CLARK (SB# 336314) |
| | kiauraclark@paulhastings.com |
| 3 | **PAUL HASTINGS LLP** |
| | 1999 Avenue of The Stars, 27th Floor |
| 4 | Los Angeles, California 90067 |
| | Telephone: 1(310) 620-5700 |
| 5 | Facsimile: 1(310) 620-5899 |
| | |
| 6 | ADAM M. REICH (SB# 274235) |
| | adamreich@paulhastings.com |
| 7 | EMMA LANZON (*pro hac vice*) |
| | emmalanzon@paulhastings.com |
| 8 | **PAUL HASTINGS LLP** |
| | 71 South Wacker Drive, 45th Floor |
| 9 | Chicago, Illinois 60606 |
| | Telephone: 1(312) 499-6000 |
| 10 | Facsimile: 1(312) 499-6100 |

*[Additional Counsel for Defendant continued on next page]*

*Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N., | CASE NO. 2:24-cv-04800-WLH-ADS |
| Plaintiff, | **REDWOOD DEFENDANTS' NOTICE OF FILING IN RELATED CASE** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware | |

REDWOOD'S NOTICE OF FILING

1 | limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,
2 |
3 |
4 |     Defendants.
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

REDWOOD'S NOTICE OF FILING

1  *[Additional Counsel for Defendant continued from caption page]*

3  KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

REDWOOD'S NOTICE OF FILING

Case 2:24-cv-04800-WLH-ADS   Document 90   Filed 03/21/25   Page 4 of 5   Page ID #:460

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order granting leave for each Defendant to file by March 21, 2025 a supplemental brief of 10 pages or less on any issue relating to the Defendant's Motion to Dismiss, and Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, on March 21, 2025, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood") have filed in *Fleites v. MindGeek S.à.r.l., et al.,* No. 2:21-cv-4920-WLH-ADS (C.D. Cal. 2021) (the "*Fleites* Action") Supplemental Briefing in Support of its Motions to Dismiss Plaintiffs' Complaints (and supporting documents) in the *Fleites* Action and each of the following related 14 actions pending before this Court (the "Related Actions"):

  a. *K.A. v. MindGeek, S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024);

  b. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

  c. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

  d. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

  e. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

  f. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

  g. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

  h. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

  i. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

  j. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

  k. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

  l. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

  m. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

  n. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

Redwood's Supplemental Briefing includes arguments and bases to dismiss the near facsimile claims for conspiracy to violate federal sex-trafficking laws (18 U.S.C. §§ 1591, 1594, and 1595) asserted by the Plaintiffs in the *Fleites* Action and the Related Actions pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATED: March 21, 2025       **PAUL HASTINGS LLP**

               By: /s/ *James M. Pearl*
                  JAMES M. PEARL

               *Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*