DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| X.N., | Case No. 2:24-CV-04800-WLH-ADS |
| Plaintiff, | **NOTICE OF FILING VISA INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF VISA'S MOTIONS TO DISMISS** |
| v. | |
| MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; REDWOOD CAPITAL MANAGEMENT, LLC ; REDWOOD DOE FUNDS 1-7 ; COLBECK CAPITAL MANAGEMENT, LLC; COLBECK DOE FUNDS 1-3, | Date: April 24, 2025<br>Time: 9:00 a.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |
| Defendants. | |

VISA'S NOTICE OF FILING
SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTIONS TO DISMISS

2:24-CV-04800-WLH-ADS

TO PLAINTIFF AND ATTORNEYS OF RECORD:

PEASE TAKE NOTICE that, in accordance with Court Order, ECF No. 89, Visa filed a supplemental brief in support of Visa's motions to dismiss in *Fleites v. MindGeek, S.à.r.l., et al.*, Case No. 2:21-CV-04920-WLH-ADS (C.D. Cal. 2021).

Visa's supplemental brief covers claims brought by Plaintiffs against Visa in the following cases:

*Fleites v. MindGeek, S.à.r.l., et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021); *K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *C.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *W.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *A.K. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); *W.P. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

1    Dated: March 21, 2025                    Respectfully submitted,

2                                             WEIL, GOTSHAL & MANGES LLP

3

4                                             By:  _/s/ Drew Tulumello_____
                                              DREW TULUMELLO (#196484)
5                                             drew.tulumello@weil.com
                                              MARK A. PERRY (#212532)
6                                             mark.perry@weil.com
                                              WEIL, GOTSHAL & MANGES LLP
7                                             2001 M Street NW, Suite 600
8                                             Washington, DC 20036
                                              Tel: 202 682 7000
9                                             Fax: 202 857 0940
10

11                                            *Attorneys for Defendant Visa Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28