| | |
|---|---|
| DAN MARMALEFSKY (CA SBN 95477) DMarmalefsky@mofo.com Morrison & Foerster LLP 707 Wilshire Boulevard Los Angeles, California 90017-3543 Telephone: 213-892-5200 Facsimile: 213-892-5454 | RONALD G. WHITE (*pro hac vice*) RWhite@wmhwlaw.com Walden Macht Haran & Williams LLP 250 Vesey Street New York, NY 10281 Telephone: 212-335-2387 Facsimile: 212-335-2040 |

*Attorneys for Defendant Bernd Bergmair*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N., <br>       Plaintiff, <br> vs. <br> MINDGEEK S.A.R.L., et al., <br>       Defendants. | Case No. 2:24-cv-04800 <br><br> **NOTICE OF INDIVIDUAL DEFENDANTS' SUPPLEMENTAL FILING** <br><br> Date: April 24, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 9B <br> Judge: Hon. Wesley L. Hsu <br> Complaint Filed: June 7, 2024 <br> Trial Date: None Set |

NOTICE OF INDIVIDUAL DEFENDANTS' SUPPLEMENTAL FILING

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Minutes of Omnibus Motion to Dismiss entered in this case (ECF No. 89), Defendants Feras Antoon, David Tassillo and Bernd Bergmair (collectively, the "Individual Defendants") filed the Individual Defendants' Supplemental Filing in Support of Their Motions to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim in *Fleites v. MindGeek, S.à.r.l, et al.*, Case No. 2:21-cv-4920-WLH-ADS (C.D. Cal.), which is hereby incorporated in full in this case.

Dated: March 21, 2025

By: */s/ Ronald G. White*

RONALD G. WHITE
(*pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair

| | |
|---|---|
| 1 | JONATHAN S. SACK (*pro hac vice*) |
| 2 | jsack@maglaw.com |
|   | Morvillo Abramowitz Grand Iason & |
| 3 | Anello PC |
|   | 565 Fifth Avenue |
| 4 | New York, New York 10017 |
| 5 | Phone: (212) 856-9600 |
|   | Facsimile: (212) 856-9494 |
| 6 | |
| 7 | Attorneys for Specially Appearing |
|   | Defendant David Tassillo |
| 8 | |
| 9 | JASON BROWN (*pro hac vice*) |
|   | jbrown@cohengresser.com |
| 10 | Matthew V. Povolny (*pro hac vice*) |
| 11 | Joanna Chan (SBN 284898) |
|   | jchan@cohengresser.com |
| 12 | Cohen & Gresser LLP |
| 13 | 800 Third Avenue |
|   | New York, New York 10022 |
| 14 | Phone: (212) 957-7600 |
| 15 | Facsimile: (212) 957-4514 |
| 16 | |
|   | Attorneys for Specially Appearing |
| 17 | Defendant Feras Antoon |
| 18 | |
|   | DAVID W. WIECHERT (SBN 94607) |
| 19 | Wiechert, Munk & Goldstein, PC |
| 20 | dwiechert@aol.com |
|   | 4000 MacArthur Boulevard |
| 21 | Suite 600 East Tower |
|   | Newport Beach, CA 92660 |
| 22 | Phone: (949) 361-2822 |
| 23 | Facsimile: (949) 361-5722 |
| 24 | |
|   | Attorneys for Specially Appearing |
| 25 | Defendants David Tassillo and Feras |
|   | Antoon |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

The undersigned, the counsel of record for Bernd Bergmair, certifies that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on March 21, 2025 upon all counsel of record via ECF.

Dated: March 21, 2025

Respectfully submitted,

*/s/ Ronald G. White*
RONALD G. WHITE
(*pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair