# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.N. <br><br> Plaintiff(s), <br><br> v. <br><br> MINDGEEK S.A.R.L., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:24–cv–04800–WLH–ADS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___4/14/2025___

Document No.:  ___100___

Title of Document:  ___Notice of Appearance or Withdrawal of Counsel G–123___

**ERROR(S) WITH DOCUMENT:**

Missing /s/ from signature.

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _April 16, 2025_          By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**